# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAMELA B. STUART**, individually and as Trustee of The J. Raymond Stuart Revocable Trust dated January 2, 1990, as amended, and the Marital Deduction Trust and the Non-Marital Deduction Trust Created thereunder,
Appellant,

v.

**CATHERINE S. RYAN** and **DEBORAH A. STUART,** as Beneficiaries of The J. Raymond Stuart Revocable Trust dated January 2, 1990, as amended, and the Marital Deduction Trust and the Non-Marital Deduction Trust created thereunder,
Appellees.

No. 4D19-551

[July 11, 2019]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312013CA001523.

Pamela B. Stuart, Indian River Shores, pro se.

C. Douglas Vitunac of Collins Brown Barkett, Chartered, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***